UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE QUACKENBUSH,  | 1:04-cv-06756-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12) |
| vs. | **ORDER DISMISSING ACTION** |
| JANET TENNISON, et al., | |
| Defendants. | |

Plaintiff Robert Lee Tennison ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 10, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed November 10,
8 2005, is ADOPTED IN FULL; and,
9    2.   This action is DISMISSED in its entirety as follows:
10       a.   Plaintiff's Eighth Amendment medical care claim
11 against defendant Tennison is DISMISSED, with prejudice, for
12 failure to state a claim upon which relief may be granted;
13       b.   Plaintiff's retaliation claim against defendant
14 Tennison, based on the 2005 inmate appeal and response thereto,
15 is DISMISSED, without prejudice, for failure to exhaust
16 prior to filing suit;
17       c.   Plaintiff's retaliation claim against defendant
18 Tennison, based on the 2004 appeal and response thereto, is
19 DISMISSED, with prejudice, for failure to state a claim upon
20 which relief may be granted;
21       d.   Plaintiff's due process claim against defendant
22 Tennison is DISMISSED, with prejudice, for failure to state a
23 claim upon which relief may be granted;
24       e.   Plaintiff's access to the courts claim against
25 defendant Tennison is DISMISSED, with prejudice, for failure to
26 state a claim upon which relief may be granted; and,
27 //
28 /

1       f.    Plaintiff's supervisory liability claim against defendants Kramer, Clay, and Brown is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted.

    3.    The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:**   **December 20, 2005**           **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE